IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM MATTHEW WADE,    ) | |
| ) | |
| **Plaintiff,**    ) | |
| ) | CIVIL ACTION NO.: |
| v.    ) | |
| ) | 2:22-cv-00092-RDP |
| ALABAMA ALCOHOLIC    ) | |
| BEVERAGE CONTROL    ) | JURY TRIAL DEMANDED |
| BOARD,    ) | |
| ) | |
| **Defendant.**    ) | |

## RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiff William Matthew Wade moves the Court to deny Defendant Alabama Alcoholic Beverage Control Board's Motion to Dismiss his Complaint as time barred claim under 42 U.S.C. § 2000(f)(1). In support thereof, Plaintiff states the following:

1. Defendant terminated Plaintiff on March 5, 2021.

2. Mr. Wade filed a Charge of Discrimination against the Defendant with the Equal Employment Opportunity Commission ("EEOC") on June 15, 2021.

3. Plaintiff filed his Charge of Discrimination within 180 days of his termination.

4. The EEOC issued a Dismissal and Notice of Rights to Mr. Wade on October 26, 2021.

5. Mr. Wade filed his Complaint *pro se* on January 24, 2022, attached as "Exhibit A," within 90 days of his receipt of the Dismissal and Notice of Rights.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the Court deny Defendant's Motion to Dismiss his Complaint.

Respectfully submitted,

*/s/ Ashley Rose Rhea*
Ashley Rose Rhea
Bar Number: asb-8736-H81O
Attorney for Plaintiff
RHEA LAW LLC
104 23rd Street S., Suite 100
Birmingham, AL 35233
Telephone: (205) 675-0476
Fax: (205) 386-4383
Email: arhea@rhealawllc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert L. Martin, III
General Counsel
Alabama ABC Board
2715 Gunter Park Drive West
Montgomery, Alabama 36109
Attorney for Defendant

*/s/ Ashley R. Rhea*
OF COUNSEL