IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM MATTHEW WADE, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | |
| ) | 2:22-cv-00092-RDP |
| ALABAMA ALCOHOLIC ) | |
| BEVERAGE CONTROL ) | JURY TRIAL DEMANDED |
| BOARD, ) | |
| ) | |
| **Defendant.** ) | |

## AMENDED RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Plaintiff William Matthew Wade moves the Court to deny Defendant Alabama Alcoholic Beverage Control Board's Motion to Dismiss his Complaint as time barred claim under 42 U.S.C. § 2000(f)(1). In support thereof, Plaintiff states the following:

1.  Defendant terminated Plaintiff on March 5, 2021.

2.  Mr. Wade filed a Charge of Discrimination against Defendant Alabama ABC Board with the Equal Employment Opportunity Commission ("EEOC") on June 15, 2021.

3.  Plaintiff filed his Charge of Discrimination within 180 days of his termination.

1

4.     The EEOC issued a Dismissal and Notice of Rights to Mr. Wade on October 26, 2021.

5.     Mr. Wade filed his Complaint *pro se* on January 24, 2022, attached as "Exhibit A," within 90 days of his receipt of the Dismissal and Notice of Rights.

6.     Plaintiff's *pro se* "Complaint for Employment Discrimination" named as parties current and former employees of Defendant Alabama ABC Board. Additionally, Plaintiff stated his place of employment as the "Alabama Alcoholic Beverage Control Board."

7.     The 11th Circuit recognizes "that a pro se complaint may state a claim against individuals or entities who are identified in the body of it and whose wrongful conduct is alleged there, even if they are not named in the caption." *Rizk v. Seminole Cty. Sheriffs Dep't*, 857 F. App'x 619, 620 (11th Cir. 2021).

8.     After retaining counsel, Plaintiff filed an Amended Complaint on May 18, 2022, with the Alabama ABC Board named as the sole Defendant.

WHEREFORE, PREMISES CONSIDERED, Plaintiff William Matthew Wade respectfully requests that the Court deny Defendant Alabama Alcoholic Beverage Control Board's Motion to Dismiss his Complaint.

                                              Respectfully submitted,

                                              */s/ Ashley Rose Rhea*
                                              Ashley Rose Rhea
                                              Bar Number: asb-8736-H81O

Attorney for Plaintiff<br>
RHEA LAW LLC<br>
104 23rd Street S., Suite 100<br>
Birmingham, AL 35233<br>
Telephone: (205) 675-0476<br>
Fax: (205) 386-4383<br>
Email: arhea@rhealawllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert L. Martin, III
General Counsel
Alabama ABC Board
2715 Gunter Park Drive West
Montgomery, Alabama 36109
Attorney for Defendant

                                                                        */s/ Ashley R. Rhea*
                                                                        OF COUNSEL