FILED
2022 Aug-08 PM 03:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DISTRICT

2022 AUG -5 P 3:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

WILLIAM MATTHEW WADE,

Plaintiff,

v.

Case No. 2:22-cv-00092-RDP

ALABAMA ALCOHOLIC BEVERAGE

CONTROL BOARD,

Defendant.

Dear Judge Proctor,

I am writing to respectfully ask for my case to be re-opened so I may try to obtain a new attorney. My former attorney Ashley R. Rhea, failed to respond to the court's June 24, 2022 "Show Cause Order" or to notify me of such order.

I have a legitimate grievance of wrongful termination, harassment, targeting, setup, and called a thief when actually no money was missing. No insubordination was committed except by superiors. I knew they were pushing, trying to get me to be insubordinate. I was willing, with rightful questioning, to follow any orders I was given.

I started trying to get in touch with Ms. Rhea via email on June 27, 2022, to see if there were any updates with my case. I continued to try on July 5, 18, 22, and left her a voicemail on July 20. She finally reached out to me via email on July 27, 2022. Ms. Rhea claimed to have had an emergency that took her out of the office. We scheduled a meeting on Monday August 1, 2022 to discuss the details of my case. When I met with her on Monday August 1, 2022, she started explaining your ruling of "without prejudice" meant. She said we could still file to reopen or refile a new case. Ms. Rhea gave me copies of the ruling and said she was partly to blame and apologized. At this point I had not read the documents; she was mulling over with me what our best options were to move forward. We agreed to meet again in two days on Wednesday August 3, 2022 via Zoom.

I read the documents when I got home Monday evening August 1, 2022. When I saw that she had missed your deadline and my case was dismissed, I was upset. I wrote her an email and expressed my concerns.

**mr_naturl@outlook.com**

**From:** Matt Wade <william.wade0714@outlook.com> on behalf of william.wade0714 @outlook.com
**Sent:** Tuesday, July 5, 2022 12:51 PM
**To:** Ashley R. Rhea
**Subject:** FW: Checking in...

Ashley,

I am not seeing any new documents in your Google shared folder. I suppose this means there is nothing new to report? Is there a date to go by as to when they were actually served?

Regards,

Matt Wade

**From:** Matt Wade <william.wade0714@outlook.com>
**Sent:** Monday, June 27, 2022 8:50 AM
**To:** Ashley R. Rhea <arhea@rhealawllc.com>
**Subject:** Checking in...

Hi Ashley,

Seems like it has been twenty-one days since you filed. I just wanted to see where we were, if there has been any contact from The State.

Regards,

Matt Wade

These emails are when I tried to contact Ms. Rhea starting June 27, 2022 to present.

**mr_naturl@outlook.com**

**From:** Matt Wade <william.wade0714@outlook.com>
**Sent:** Monday, July 18, 2022 4:25 PM
**To:** Ashley Rose Rhea
**Subject:** Meeting

Can we schedule a meeting sometime this week?

Get Outlook for Android

**mr_naturl@outlook.com**

| | |
|---|---|
| **From:** | Matt Wade <william.wade0714@outlook.com> |
| **Sent:** | Friday, July 22, 2022 1:03 PM |
| **To:** | Ashley R. Rhea |
| **Subject:** | Contact me |

Ashley,

I am not sure why you will not contact me either through email or phone. It is only to seek out where we are in my complaint. Surely you can understand if you were in my position, you would want some information as well.

Regards,

Matt Wade

See you Thursday!

On Tue, Jul 26, 2022 at 9:43 PM Matt Wade <william.wade0714@outlook.com> wrote:

Hi Ashley,

I am sorry for your emergency and feel relieved at the same time. I will see you Thursday.

Best Regards,

Matt Wade

**From:** Ashley Rhea <ashley@rheaadvocacy.com>
**Sent:** Tuesday, July 26, 2022 12:45 PM
**To:** william.wade0714@outlook.com
**Subject:** Update

Mr. Wade,

I have had an emergency situation the past few weeks which took me out of the office. I deeply apologize for the delay in getting back to you.

I will be back in the office this Thursday, July 28th. Please pick a time that works best for you to meet with me at my office using this link: Schedule Meeting

As you can see, I have a new email address. Please save it for future correspondence.

Again, I deeply apologize for the delay! I look forward to seeing you soon! Ashley R. Rhea

emergency...and it could have gone differently. I would like to go after The State (ABC) and Regions. Separately, if we have to. There was definitely criminal intent that involved a Federal Reserve Bank.

Regards,

Matt

**From:** Ashley Rhea <ashley@rheaadvocacy.com>
**Sent:** Sunday, July 31, 2022 3:17 PM
**To:** Matt Wade <william.wade0714@outlook.com>
**Subject:** Re: Update

That works for me. See you tomorrow at 2:00 pm.

On Sat, Jul 30, 2022 at 2:06 PM Matt Wade <william.wade0714@outlook.com> wrote:
I just got our car back. If we could meet Monday at 2pm that would be perfect for me.

Get Outlook for Android

---

**From:** Matt Wade <william.wade0714@outlook.com>
**Sent:** Wednesday, July 27, 2022 6:04:33 PM
**To:** Ashley Rhea <ashley@rheaadvocacy.com>
**Subject:** Re: Update

Ok, I'll get back with you.

Get Outlook for Android

---

**From:** Ashley Rhea <ashley@rheaadvocacy.com>
**Sent:** Wednesday, July 27, 2022 5:44:39 PM
**To:** Matt Wade <william.wade0714@outlook.com>
**Subject:** Re: Update

Matt, I'd like to meet in person. If we need to meet on Friday or next Monday that's fine.

On Wed, Jul 27, 2022 at 1:40 PM Matt Wade <william.wade0714@outlook.com> wrote:

Could we Zoom for this? Gina has my vehicle, hers is in the shop. We thought it would be ready today, now it looks like Friday...

**From:** Ashley Rhea <ashley@rheaadvocacy.com>
**Sent:** Wednesday, July 27, 2022 11:48 AM
**To:** Matt Wade <william.wade0714@outlook.com>
**Subject:** Re: Update

Reading some of the Defendants motion remarks…

#5) neither the Commission nor the Attorney General elected to file a claim…
I called the Attorney General. They were happy to hear I called the EEOC. I got the same response from every State official. Nobody wants to do the right thing. Not even Tonya D. Scott, The HR Director of The State of Alabama.

#6) They make it sound like even the EEOC saw nothing. The EEOC said The State had a list of names of people that had been fired for insubordination. That was all that was needed blah blah…
The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

I may be wrong, but it sounds like Judge Proctor is taking some pity on you. He left the door open. I have been around Mr. Martin. This was too easy. He is not that smart but will get help if he needs it. Let's make him! I know that is corny, but I want us to succeed. You are doing this for all of the right reasons. These people are just like the insurrectionist. I cannot help but believe Regions Bank was involved with someone from The State.

**From:** Matt Wade <william.wade0714@outlook.com>
**Sent:** Monday, August 1, 2022 6:01 PM
**To:** Ashley Rhea <ashley@rheaadvocacy.com>
**Subject:** Dismissal…

USDC-AL-NT
1729 5TH AVE N
BIRMINGHAM, AL 35203
(205) 278-1700

SALE

MID: 000025554691
TID: 007 REF#: 00000163
Batch #: 024001 RRN: 500100001
01/24/22 11:48:46
APPR CODE: 48784B
MASTERCARD Chip
************1628

AMOUNT $402.00

APPROVED

Mastercard
AID: A0000000041010
TVR: 00 00 00 80 00
TSI: E8 00

CUSTOMER COPY

Court Name: U.S. DISTRICT COURT
Division: 2
Receipt Number: [illegible]
Cashier ID: sbrown
Transaction Date: 01/24/2022
Payer Name: WILLIAM MATTHEW WADE

CIVIL FILING FEE- NON-PRISONER
For: WILLIAM MATTHEW WADE
Amount: $402.00

CREDIT CARD
Amt Tendered: $402.00

Total Due: $402.00
Total Tendered: $402.00
Change Amt: $0.00

FILING FEE

2:22-CV-92-RDP
CREDIT CARD

Receipts subject to collection.

$53 collection fee for all returned items.

Ashley,

When I paid the clerk for the filing January 24, 2022, I asked her if I had to do anything else. She told me "No, they will send the paperwork". I read over the dismissal from Judge Proctor. I am concerned about your not replying by July 5 or letting me know. I understand you had an emergency, but this is an

**mr_naturl@outlook.com**

**From:** Matt Wade <william.wade0714@outlook.com>
**Sent:** Wednesday, August 3, 2022 3:38 PM
**To:** Ashley R. Rhea (ashley@rheaadvocacy.com)
**Subject:** My rebuttal...

Ashley,

I am onboard with you. The link to justia I posted was this: https://dockets.justia.com/docket/alabama/alndce/2:2022cv00092/179977 I did not write any comments. I left it up for a couple of weeks and took it down. I still have friends that work for ABC but I have not spoken or corresponded with them about this. When I could not reach you I looked up your page. I saw you had an interview. There were people following you, so I clicked "follow". I am not stalking (LOL) you! You are my attorney, I want to support the good people fighting for the little guys (me). The past year has had me paralyzed from all of this. I did not even look at FB for most of it. I finally said enough. I am going to live my life. I started reading my friends posts about their adventures and tragedies. I usually click "like" to their stories. I have remained silent about mine. Full disclosure, I did put a picture of Regions Bank on there. My Aunt clicked "like" but I have said nothing. My former co-workers know what happened. They knew I was never insubordinate or stole/lost any money. They are just being quiet and I understand. I hope this covers what you wanted to know.

Kind Regards,

Matt

Amendment delays

These emails read from the bottom of the page and go up.

Regards,

Matt Wade

**From:** Ashley R. Rhea <arhea@rhealawllc.com>
**Sent:** Friday, April 1, 2022 1:21 PM
**To:** Matt Wade <william.wade0714@outlook.com>
**Subject:** Schedule Meeting

Hi Mr. Wade,

Are you available this coming up Monday, April 4th to meet with me at my office? I am available anytime after 10:00 a.m. I am also available Tuesday afternoon. We can go through the Amended Complaint and file it electronically.

I think I mentioned this before, but in case I haven't, the deadline for us to file is April 23rd.

Thank you!

Ashley R. Rhea

*Attorney*

**From:** Ashley R. Rhea <arhea@rhealawllc.com>
**Sent:** Monday, April 4, 2022 7:14 AM
**To:** Matt Wade <william.wade0714@outlook.com>
**Subject:** Re: Schedule Meeting

Mr. Wade,

Rather than meeting this morning, can you come to my office this afternoon at 1:00 pm or tomorrow morning at 10:00 am? Unfortunately, I will be away from my office this morning. I deeply apologize!

On Fri, Apr 1, 2022 at 4:57 PM Matt Wade <william.wade0714@outlook.com> wrote:

Great! See you then!

Get Outlook for Android

---

**From:** Ashley R. Rhea <arhea@rhealawllc.com>
**Sent:** Friday, April 1, 2022 4:29:13 PM
**To:** Matt Wade <william.wade0714@outlook.com>
**Subject:** Re: Schedule Meeting

Then 10:00 am on Monday it is!

On Fri, Apr 1, 2022 at 2:00 PM Matt Wade <william.wade0714@outlook.com> wrote:

Yes, I am available and can meet with you Monday. If you would like to make it 10am, that will be fine by me.

On Mon, Apr 4, 2022 at 3:54 PM Matt Wade <william.wade0714@outlook.com> wrote:

Ashley,

Having rethought the idea of culling the list of defendants, I really don't want to take anyone off other than Ms. Spencer. They were all personally involved in my firing. All of them used their State positions to get together and come after me. Ms. Larrison was the ring leader. There is a paper trail and everybody knew in ABC, even the Ethics Board. I want the whole state to know about this. How these supervisors used their State positions to personally target me. The attorney David Peak who was hired by the Administrator to oversee my pretermination hearing also took the time to verbally assault me. He said I should have just done what Ms. Harkins said, even though she lied. He should be on the list. Regions Bank is also complicit with hiding the missing money. I would really like to sue them all personally as well!

I understand you keeping this short and to the point. There is just so much wrong going on here.

Kind Regards,

Matt Wade

**From:** Ashley R. Rhea <arhea@rhealawllc.com>
**Sent:** Monday, April 4, 2022 7:19 AM
**To:** Matt Wade <william.wade0714@outlook.com>
**Subject:** Re: Schedule Meeting

Great! Thank you so much! See you this afternoon!

On Mon, Apr 4, 2022 at 7:17 AM Matt Wade <william.wade0714@outlook.com> wrote:

Yes, I can make it at 1:00pm

I take it you got busy?

Get Outlook for Android

---

**From:** Matt Wade <william.wade0714@outlook.com>
**Sent:** Tuesday, April 5, 2022 2:23:26 PM
**To:** Ashley R. Rhea <arhea@rhealawllc.com>
**Subject:** Re: Amending my charge...

Yes.

Get Outlook for Android

---

**From:** Ashley R. Rhea <arhea@rhealawllc.com>
**Sent:** Tuesday, April 5, 2022 2:19:44 PM
**To:** Matt Wade <william.wade0714@outlook.com>
**Subject:** Re: Amending my charge...

Hi Matt!

I saw this email yesterday before I filed and held off. May I call you first thing tomorrow?

Ashley R. Rhea

*Attorney*

**mr_naturl@outlook.com**

**From:** Matt Wade <william.wade0714@outlook.com>
**Sent:** Friday, April 8, 2022 7:36 PM
**To:** Ashley R. Rhea
**Subject:** Re: Amending my charge...

 Go ahead and make the appropriate changes and file please!

Thanks,

Matt

Get Outlook for Android

---

**From:** Matt Wade <william.wade0714@outlook.com>
**Sent:** Friday, April 8, 2022 7:25:30 PM
**To:** Ashley R. Rhea <arhea@rhealawllc.com>
**Subject:** Re: Amending my charge...

Well, that is good to know. What about Regions Bank?

Should we discuss the State Court options you mentioned? I assume that would be later?

Reach back to me next week. Have a good weekend!

Thanks,
Matt

Get Outlook for Android

---

**From:** Ashley R. Rhea <arhea@rhealawllc.com>
**Sent:** Friday, April 8, 2022 6:15:34 PM
**To:** Matt Wade <william.wade0714@outlook.com>
**Subject:** Re: Amending my charge...

Yes, sir! I apologize!

I have read your last email about keeping the named individuals on your Complaint as filed by you already.

* The only individuals that are proper to name specifically in your federal lawsuit are those who had absolute authority to terminate you. This means only individuals who did not have anyone above them in the ABC Board hierarchy that must approve their termination decisions. That is an extremely narrow category of individuals the law allows to be named on a federal complaint against a government employer.

You can still bring state law tort claims against your coworkers. But, you would need to pursue those in state court with separate counsel.

Also - you are no longer filing a "Charge" (that's EEOC terminology), rather you are amending a Complaint filed in federal court.

Ashley R. Rhea

*Attorney*

On Wed, Apr 13, 2022 at 1:54 PM Matt Wade <william.wade0714@outlook.com> wrote:

Hi Ashley,

I am just checking to see if you have sent the amended charge yet.

Regards,

Matt

**From:** Ashley R. Rhea <arhea@rhealawllc.com>
**Sent:** Friday, April 8, 2022 6:16 PM
**To:** Matt Wade <william.wade0714@outlook.com>
**Subject:** Re: Amending my charge...

**From:** Ashley R. Rhea <arhea@rhealawllc.com>
**Sent:** Wednesday, April 20, 2022 4:24 PM
**To:** Matt Wade <william.wade0714@outlook.com>
**Subject:** Re: Amending my charge...

Hi Mr. Wade! I am not in my office at the moment. I will forward the amended complaint tomorrow morning. My goal is to file it tomorrow afternoon.

On Mon, Apr 18, 2022 at 5:27 PM Matt Wade <william.wade0714@outlook.com> wrote:

Hi Ashley,

It is getting close to the deadline for my complaint. If you have it completed, I would like to see what you have. Also, did you ever find out if Mr. Graff is still there or if there have been any personnel changes in the upper management?

Thank you,

Matt Wade

**From:** Ashley R. Rhea <arhea@rhealawllc.com>
**Sent:** Wednesday, April 13, 2022 2:07 PM
**To:** Matt Wade <william.wade0714@outlook.com>
**Subject:** Re: Amending my charge...

Good afternoon Mr. Wade,

Just so I know we are on the same page before I file your Amended Complaint - I will not be including Regions Bank as a named Defendant because they were not your employer. However, their conduct will be a part of your argument to the Court.

It is Friday, the last day to submit. Can you please confirm you have filed and send me a copy of the complaint today?

**From:** Matt Wade <william.wade0714@outlook.com>
**Sent:** Thursday, April 21, 2022 1:07 PM
**To:** Ashley R. Rhea <arhea@rhealawllc.com>
**Subject:** RE: Amending my complaint...

Hi Ashley,

I don't mean to pester you, it is my anxiety talking here. I was under the impression you were going to hand it in personally when I visited you. I am anxious to read it and get this moving forward.

Kind regards,

Matt Wade

**From:** Ashley R. Rhea <arhea@rhealawllc.com>
**Sent:** Wednesday, April 20, 2022 4:50 PM
**To:** Matt Wade <william.wade0714@outlook.com>
**Subject:** Re: Amending my charge...



I was ready to file a couple of weeks ago. But, you expressed a few concerns about naming individuals and that's why I've held off. I will file it electronically so no worries!

April 8, 2022 I told her to make the changes

On Wed, Apr 20, 2022 at 4:41 PM Matt Wade <william.wade0714@outlook.com> wrote:

Ok, cutting it close!

Mr. Wade,

I am with my family right now. I am not where I can forward you the Complaint. I have to go by my office tomorrow afternoon and will do so then.

I do want to clarify a few things:

I stated in my email on March 15th that your Amended Complaint deadline is on April 23rd. The local rules for the Northern District of Alabama state that, if a deadline falls on a weekend or holiday, the Court gives the party until the next business day to file.

During our meeting at my office on April 4th, I explained that April 23rd is the deadline for service of process. I set that deadline for myself to file an amended complaint, only to forgo having to file a motion asking the Court if I could file an amended version.

Deadlines not being met cause stress!

You have included in almost every email to me statements about the extreme anxiety and mental distress you are experiencing. I am truly sorry that you are going through that. However, I am not a mental health professional. We signed an agreement for me to represent you as an attorney. Please understand, your expressions regarding this litigation causing you increased mental distress places me in a position which is not ethical.

I will follow up tomorrow afternoon. Thank you!

On Fri, Apr 22, 2022 at 8:50 PM Ashley R. Rhea <arhea@rhealawllc.com> wrote:
Yes. I apologize for just now getting back to you. I will forward once I get to a computer.

On Fri, Apr 22, 2022 at 4:43 PM Matt Wade <william.wade0714@outlook.com> wrote:

It is after 4pm, please tell me you have filed. The anxiety I have from the past three years over all of this is very real. The State of Alabama owes me (and you) big time!

**From:** Ashley R. Rhea <arhea@rhealawllc.com>
**Sent:** Friday, April 22, 2022 12:31 PM
**To:** Matt Wade <william.wade0714@outlook.com>
**Subject:** Re: Amending my complaint...

Yes, sir! I will! I am filing shortly.

On Fri, Apr 22, 2022 at 12:21 PM Matt Wade <william.wade0714@outlook.com> wrote:

6:57  52%

Ashley Rhea LLC
Mobile • +1 205-675-0476

call record attempting to contact

Outgoing call 42s
Mar 31, 3:40 PM

Outgoing call Left voicemail trying to contact 42s
Jul 20, 11:01 AM

Outgoing call called when Zoom crashed 58s
Wed 2:21 PM

Call 

Video call

Message